IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LLOYD WICKLIFFE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 8469 |
| | ) | |
| v. | ) | Hon. Judge Elaine E. Bucklo |
| | ) | |
| | ) | Magistrate Judge Jeffrey Cummings |
| | ) | |
| RANDY PFISTER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff Lloyd Wickliffe ("Plaintiff") and Defendant Randy Pfister ("Defendant") submits the following Joint Status Report pursuant to the Order entered on November 19, 2020 (Dkt. 45):

1. **Progress of Discovery**

Discovery originally closed on February 10, 2020. The parties exchanged 26(a)(1)s and written discovery and Plaintiff was deposed. Per Judge Cummings Order, Defendant provided Plaintiff with additional information on the alleged 11/23/16 and 4/21/17 incidents by March 5, 2020.

In the June 26, 2020 Joint Status Report, Plaintiff requested that discovery be opened to allow for Plaintiff to provide additional documents and written discovery to Defendant that verifies dates that he was transported in November 2016 and to amend the Complaint to add the John Doe officer(s).

Per this Court's Order dated July 14, 2020 (Dkt. 41), the Court ordered that Plaintiff was to file an Amended Complaint by August 11, 2020 and that fact discovery would close on November 12, 2020. In an Order dated August 21, 2020 (Dkt. 43), the Court stated that Plaintiff has not filed an Amended Complaint by the August 11, 2020 deadline and that he must proceed on the previously filed Complaint.

Discovery closed on November 12, 2020. Parties have not engaged in any additional discovery since the June 26, 2020 Joint Status Report was filed. In the joint status report that was filed on November 12, 2020, Plaintiff stated that he had not received any communications from the Court since May 2020 and did not know that he was to file an Amended Complaint by August 11, 2020.

In an Order dated November 19, 2020 (D.E. 45) this Court stated that Magistrate Judge Cummings would determine if Plaintiff should be permitted to file an amended complaint and extend the dates for the close of discovery. No further orders have been entered in this matter since the November 19, 2020 Order. The parties have not engaged in additional discovery.

2. **The Status of Briefing on Any Unresolved Motions**

There are no pending motions at this time. Plaintiff intends to file a motion with the Court to amend the Complaint, to extend discovery and for assistance of counsel. Defendant Pfister intends to seek leave to file a Motion for Summary Judgment.

3. **Agreed Proposed Schedule of the Next 60 Days**

Not Applicable

4. **An Agreed Revised Schedule**

Not Applicable

5. **Request for Any Agreed Action that the Court Can Take Without a Hearing**

Not Applicable

6. **Whether the Parties Believe a Telephonic or In-Person Hearing with the Judge is Necessary**

The parties believe that a telephonic hearing with the Judge is necessary to discuss Plaintiff's claims that he hasn't received any correspondence from the Court since May 2020 and to set a briefing schedule.

Dated: January 13, 2021     Respectfully submitted,

/s/ *Lloyd Wickliffe*
Lloyd Wickliffe (M-25085)
Kewanee Life Skills Re-entry Center
2021 Kentville Road
Kewanee IL 61443
*Plaintiff, Pro Se*

Kwame Raoul                                    /s *Joi Lynne Taylor*
Attorney General of Illinois              JOI LYNNE TAYLOR
                                                       Assistant Attorney General
                                                       Office of the Illinois Attorney General
                                                       100 West Randolph Street, 13th Floor
                                                       Chicago, Illinois 60601
                                                       (312) 814-6133
                                                       jotaylor@atg.state.il.us
                                                       *Attorney for Defendant, Randy Pfister*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 13, 2021 the foregoing document was electronically filed with the Clerk of the Court for the Northern District of Illinois using the CM/ECF system. The undersigned further certifies that a copy of the aforementioned document was served by U.S. Mail on this 13th day of January, 2021 to the following person(s):

>  Lloyd Wickliffe #M-25085
>  Kewanee Life Skills Re-entry Center
>  2021 Kentville Road
>  Kewanee IL 61443

/s *Joi Lynne Taylor*
JOI LYNNE TAYLOR
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6133
jotaylor@atg.state.il.us